UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                    Chapter 7

FOOD FIRST HOUSING DEVELOPMENT                  Case No.: 24-42370-ess
FUND COMPANY, INC.,

                                           Debtor.
----------------------------------------------------------X

## SECOND ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS

**WHEREAS**, on June 3, 2024, Food First Housing Development Fund Company, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, David J. Doyaga, Sr., was appointed the Chapter 7 Trustee (the "Trustee") of the Debtor's estate; and

**WHEREAS**, on June 12, 2024, the Trustee filed a motion under sections 105 and 721 of the Bankruptcy Code seeking, among other things, authority to operate the Debtor's business on an interim basis [Dkt. No. 13] (the "Motion to Operate"); and

**WHEREAS**, on July 1, 2024, the Court entered an Order authorizing the Trustee to, among other things, operate the Debtor's business on an interim basis, effective as June 4, 2024, through and including September 3, 2024, or as further directed by the Court, without prejudice to seek further extensions of such time; and

**WHEREAS**, on September 6, 2024, the Court held a continued hearing on the Motion to Operate at which, the Trustee, MYC & Associates, Inc., the 327 Franklin Avenue Tenants, the 201 Pulaski Tenants and the City of New York appeared and were heard.

**NOW THEREFORE, IT IS HEREBY:**

1

**ORDERED**, that the Trustee is authorized to continue to operate the Debtor's business, collect rents from the Debtor's tenants at the Properties,[1] and pay expenses, to the extent there are sufficient funds on hand in the estate, relating to the maintenance of the Properties, which expenses include, but are not limited to, real estate taxes, insurance, and maintenance expenses, for a limited period, effective as September 4, 2024, through and including January 10, 2025, or as further directed by the Court, without prejudice to seek further extensions of such time; and it is further

**ORDERED**, that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order; and it is further

**ORDERED**, that the Trustee is hereby authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

**ORDERED**, that the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.



Dated: Brooklyn, New York
September 20, 2024

Elizabeth S. Stong
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion to Operate.