

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York (Brooklyn)

IN RE:                                              }        **CHAPTER 7**
                                                    }
                                                    }        **CASE NO.**
                                                    }        **1-24-42370-ess**
**Food First Housing Development Fund Company Inc.** }
     **DEBTOR.**                                    }

---

### MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM** <u>August 1st, 2024</u> **TO** <u>August 31, 2024</u>

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed::   <u>/s/ David J. Doyaga, Sr., as Chapter 7 Trustee</u>        Date:   <u>9/23/2024</u>

<u>David J. Doyaga, Esq.</u>
       Print Name

<u>Chatper 7 Bankruptcy Trustee</u>
       Title

Debtor's Address
and Phone Number:
1469 Bedford Avenue
Brooklyn, NY 11216

Tel.      718-488-7500

Attorney's Address
and Phone Number:
Alex E. Tsionis, Esq.
38 New Street
Huntington, NY 11743
Bar No. _____
Tel. _631-423-4536

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 21st day of the following month.

**MONTHLY OPERATING REPORT -**
**POST PETITION**

**ATTACHMENT NO. 1**

| Chapter 7 Operating Trustee | | |
|---|---|---|
| 1 | Dates of Orders and duration | Order dated June 28, 2024, and entered July 1, 2024. The Order is effective as June 4, 2024, through and including September 3, 2024. |
| 2 | Nature of business and reason for operation: | The Debtor owns rental real estate properties, and the Trustee is authorized to continue operations for the purpose of preserving the assets' values. |

## QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, during this reporting period? | | X |
| 2. | Are any tax obligations past due? | | X |
| 3. | Are any amounts owed to over 90 days delinquent? | | X |
| 4. | Is the Debtor delinquent on any payments? | | X |
| 5 | Did the estate employ any employees during the reporting period? If yes, state the number of employees and specify whether the estate is current on payroll obligations. If the estate is NOT current on its payroll obligations, provide an explanation. | | X |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

## INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Liability Insurance, James River Insurance Company (covering 709 Lafayette Ave, 327 Franklin Ave, 335 Franklin Ave, Brooklyn NY) | 06/04/2024 - 06/04/2025 | See Note 3 below | |
| Commercial Property Insurance, Underwriters at Lloyds (covering 201 Pulaski St. Brooklyn, NY) **(see note 4 below)** | 08/07/2024 - 08/07/2025 | N/A | |
| Commercial Property Insurance, National Casualty Company (covering 709,713,717 Lafayette Ave, Brooklyn, NY) | 04/05/2025 - 04/05/2025 | N/A | |
| Commercial Property Insurance, National Casualty Company (covering 327-329 Franklin Ave, Brooklyn, NY) | 04/05/2025 - 04/05/2025 | N/A | |
| Commercial Property Insurance, Seneca Insurance Co (covering 335 Franklin Ave) | 03/28/2024 - 03/28/2025 | N/A | |
| Liability Insurance, Century Surety Company (covering 201 Pulaski St. Brooklyn, NY) | 06/19/2024 - 06/19/2025 | $11,961.30 annually, which has been paid in full | |
| Commercial Property Insurance (covering 201 Pulaski St. Brooklyn, NY) | 08/07/2024-08/07/2025 | | |

## DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

1 Dates of orders to operate and duration:

**Order dated June 28, 2024, and entered July 1, 2024. The Order is effective as June 4, 2024, through and including September 3, 2024.**

2 Nature of Business and reason for operation:
**The Debtor owns rental real estate properties, and the Trustee is authorized to continue operations for the purpose of preserving the assets' values.**

3 **The payment amount is $7,153.54 due monthly, commencing 8/4/2024 through April 2025**

4 **The attached policy was renewed in August with a new expiration date of 08/07/2025.**

# ACORD® EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
09/13/2024

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | COMPANY |
|---|---|
| **PHONE (A/C, No, Ext):** (877) 237-8167<br><br>Trustee Insurance Agency Inc<br>PO Box 190<br>Vicksburg, MI 49097 | Maxum Indemnity Company |

**FAX (A/C, No):**
**E-MAIL ADDRESS:** angela@intacadvisory.com

**CODE:**      **SUB CODE:**

**AGENCY CUSTOMER ID #:**

| INSURED | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| David Doyaga, Chapter 7 Trustee on behalf of<br>First Food HDFC<br>26 Court Street, 10th Floor, Suite 1803<br>Brooklyn, NY 11242 | | 0550-01 |

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| 08/07/2024 | 08/07/2025 | |

**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

Property address: 201 Pulaski St. Brooklyn, NY 10538

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

PERILS INSURED | BASIC | BROAD | SPECIAL

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Property Coverage (ACV)<br>LOC 1 BLD 1 | $2,253,680.00 | $5,000.00 |
| Business Personal Property | $75,000.00 | $5,000.00 |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**

| | ADDITIONAL INSURED | LENDER'S LOSS PAYABLE | LOSS PAYEE |
|---|---|---|---|
| | MORTGAGEE | | |

**LOAN #**

**AUTHORIZED REPRESENTATIVE**
*Angela Soderquist*

**ACORD 27 (2016/03)**

© 1993-2016 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
09/13/2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: Angela Soderquist | | |
|---|---|---|---|---|
| | Phone: / 877-237-8167<br>Fax: | PHONE (A/C, No, Ext): 877-237-8167 | | FAX (A/C, No): |
| Trustee Insurance Agency Inc.<br>PO Box 190<br>Vicksburg, MI 49097 | | E-MAIL ADDRESS: angela@intacadvisory.com | | |
| | | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| **INSURED** | | INSURER A : Century Surety Company | | 36951 |
| David Doyaga, Chapter 7 Trustee on behalf of First Food HDFC<br>26 Court Street, 10th Floor, Suite 1803<br>Brooklyn, NY 11242 | | INSURER B : | | |
| | | INSURER C : | | |
| | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** ✔<br> CLAIMS-MADE ✔ OCCUR | | | 5762 | 6/19/2024 | 6/19/2025 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ✔ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ Included in Gen Agg |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Comp/Collision Ded | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? ☐ N / A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Insured Location (s):
201 Pulaski St. Brooklyn, NY 10538

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br><br>*Angela Soderquist*  Verified by pdfFiller 05/08/2024 |

© 1988-2015 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD

MONTHLY OPERATING REPORT - POST PETITION

**ATTACHMENT NO. 2**

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS - SUMMARY

| | |
|---|---|
| **Case Name:** | Food First Housing Development Fund Company Inc. |
| **Case Number:** | 1-24-42370-ess |
| **Date of Bankruptcy: 6/3/2024** | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | **Monthly** | **Post Petition Total** |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $722,767.35 | $0.00 |
| 2. | **INCOME or RECEIPTS during the Period** | | |
| | Rental Income | $31,025.67 | $91,679.16 |
| | Deposit on Sale of Assets | | $681,600.00 |
| | Incoming Interbank Transfers | $17,786.05 | $724,959.67 |
| | **Total Receipts** | **$48,811.72** | **$1,498,238.83** |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | Federal Taxes | $0.00 | $0.00 |
| | State Taxes | $0.00 | $0.00 |
| (iv) | Other Taxes | $0.00 | $0.00 |
| b. | **All Other Operating Expenses:** | | |
| | Outgoing Interbank Transfers | ($17,786.05) | ($724,959.67) |
| | Bank fees | ($99.31) | ($187.31) |
| | Bond Insurance | ($25,210.69) | ($25,410.69) |
| | Porter Services & Waste Management Costs | | ($5,700.00) |
| | Repairs and Maintenance | | ($1,075.00) |
| | Insurance Expense | | ($12,423.14) |
| | Professional Fees | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | **($43,096.05)** | **($769,755.81)** |
| 1. | **CASH (End of Period)** | $728,483.02 | $728,483.02 |

Attach Form 1 and Form 2 as exhibits

**MONTHLY OPERATING REPORT -
POST PETITION**

**ATTACHMENT NO. 2**

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS - DETAIL BY ACCOUNT

| Case Name: | Food First Housing Development Fund Company Inc. | |
|---|---|---|
| **Case Number:** | 1-24-42370-ess | |
| **Date of Bankruptcy: 6/3/2024** | | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | TriState Capital Bank (1955) | TriState Capital Bank (2136) | TriState Capital Bank (2789) | TriState Capital Bank (2797) | TriState Capital Bank (2813) | TriState Capital Bank (2805) | TriState Capital Bank (3597) | TriState Capital Bank (3696) | TriState Capital Bank (5113) | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| **1.  CASH (Beginning of Period)** | $0.00 | $0.00 | $10,963.85 | $891.89 | $5,779.58 | $0.00 | $15,116.02 | $681,600.00 | $8,416.01 | $722,767.35 |
| **2.  INCOME or RECEIPTS during the Period** | | | | | | | | | | |
| Rental Income | | | $11,060.50 | $7,936.39 | $1,652.20 | $0.00 | $0.00 | | $10,376.58 | $31,025.67 |
| Incoming Interbank Transfers | $17,786.05 | | | | | | $0.00 | $0.00 | | $17,786.05 |
| Deposit on Sale of Assets | | | | | | | | | | $0.00 |
| Total Receipts | **$17,786.05** | **$0.00** | **$11,060.50** | **$7,936.39** | **$1,652.20** | **$0.00** | **$0.00** | **$0.00** | **$10,376.58** | **$48,811.72** |
| **3.  DISBURSEMENTS** | | | | | | | | | | |
| a.  **Operating Expenses (Fees/Taxes):** | | | | | | | | | | |
| Federal Taxes | | | | | | | | | | $0.00 |
| State Taxes | | | | | | | | | | $0.00 |
| (iv)  Other Taxes | | | | | | | | | | $0.00 |
| b.  **All Other Operating Expenses:** | | | | | | | | | | |
| Outgoing Interbank Transfers | | $0.00 | ($12,006.47) | | ($5,779.58) | $0.00 | | | | ($17,786.05) |
| Bank Fees | ($99.31) | | | | | | $0.00 | | | ($99.31) |
| Bond Insurance | ($17,105.69) | | | | | | ($8,105.00) | | | ($25,210.69) |
| Porter Services & Waste Management Costs | | | | | | | $0.00 | | | $0.00 |
| Repairs and Maintenance | | | | | | | $0.00 | | | $0.00 |
| Insurance Expense | | | | | | | $0.00 | | | $0.00 |
| Professional Fees | | | | | | | $0.00 | | | $0.00 |
| (Attach additional pages as needed) | | | | | | | | | | |
| **Total Disbursements (Operating & Plan)** | **($17,205.00)** | **$0.00** | **($12,006.47)** | **$0.00** | **($5,779.58)** | **$0.00** | **($8,105.00)** | **$0.00** | **$0.00** | **($43,096.05)** |
| **1.  CASH (End of Period)** | $581.05 | $0.00 | $10,017.88 | $8,828.28 | $1,652.20 | $0.00 | $7,011.02 | $681,600.00 | $18,792.59 | $728,483.02 |

Attach Form 1 and Form 2 as exhibits

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1

**Case No.:**  24-42370

**Case Name:**  FOOD FIRST HOUSING DEVELOPMENT FUND COMPANY, Inc.

**For Period Ending:**  08/31/2024

**Trustee Name:**  ▮▮▮▮  David J. Doyaga

**Date Filed (f) or Converted (c):**  06/03/2024 (f)

**§ 341(a) Meeting Date:**  07/11/2024

**Claims Bar Date:**  10/21/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Chase, xxxxxx2265 | 10,477.28 | 10,477.28 | | 0.00 | 10,477.28 |
| 2 | Checking Account at Chase, xxxxxx1965 | 0.10 | 0.10 | | 0.00 | 0.10 |
| 3 | Savings Account at Chase Premier, xxxxxx5300 | 3.00 | 3.00 | | 0.00 | 3.00 |
| 4 | Rent Security Deposit (approximately) | 55,000.00 | 55,000.00 | | 0.00 | 55,000.00 |
| 5 | A/R 90 days old or less. Face amount = $668,932.12. Doubtful/Uncollectible accounts = $564,367.00. | 668,932.12 | 668,932.12 | | 0.00 | 668,932.12 |
| 6 | Misc Office Furniture. | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 7 | 709 a/k/a 713 Lafayette A Avenue ,Brooklyn,NY a/k/a Block:1786,Lot 64 (the 709 Building) | 1,500,000.00 | 1,500,000.00 | | 0.00 | 1,500,000.00 |
| 8 | 201 a/k/a 199-205 Puluski Street, a/k/a 326-328 Throop Avenue, Brooklyn,NY a/k/a Block: 1772,Lot 51 (the 201 Building | 750,000.00 | 750,000.00 | | 0.00 | 750,000.00 |
| 9 | 327 a/k/a 329 Franklin Avenue, Brooklyn, NY a/k/a Block: 1954, Lot 2 (the 327 Building ) | 1,500,000.00 | 1,500,000.00 | | 0.00 | 1,500,000.00 |
| 10 | 335 a/k/a 330-341 Franklin Avenue a/k/a 335 Green Avenue, Brooklyn, NY a/k/a Block: 1954, Lot 54 (the 335 Building) | 750,000.00 | 750,000.00 | | 0.00 | 750,000.00 |
| 11 | 1515 St JohnsPlace LP, 90% | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | 3716 Third Avenue, LLC, 10% | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | 1374 Boston Road, LP, 100% | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | 165 Conovert ,LP | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Rents Received (u) | 0.00 | 7,054.93 | | 7,054.93 | 0.00 |
| 16 | Turn over of rents by Debtor's principal (u) | 0.00 | 0.00 | | 11,500.00 | 0.00 |
| 17 | Rents received post-petition (u) | 0.00 | 0.00 | | 79,775.87 | 0.00 |
| **17** | **Assets Totals (Excluding unknown values)** | **$5,235,412.50** | **$5,242,467.43** | | **$98,330.80** | **$5,235,412.50** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  2

| | |
|---|---|
| **Case No.:**   24-42370 | **Trustee Name:**   ▮▮▮▮ David J. Doyaga |
| **Case Name:**   FOOD FIRST HOUSING DEVELOPMENT FUND COMPANY, Inc. | **Date Filed (f) or Converted (c):**   06/03/2024 (f) |
| | **§ 341(a) Meeting Date:**   07/11/2024 |
| **For Period Ending:**   08/31/2024 | **Claims Bar Date:**   10/21/2024 |

**Major Activities Affecting Case Closing:**

6/17/24 had hearing on below motion
6/12/24 filed motion to authorize/direct Trustee to operate the Debtor's business and pay certain expenses on an interim basis
6/4/24 filed application to employ Law Offices of Avrum J. Rosen as Counsel to Trustee, and filed application to employ MYC & Associates as Real Estate Broker to Trustee

**Initial Projected Date Of Final Report (TFR):**   09/12/2025          **Current Projected Date Of Final Report (TFR):**   09/12/2025

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 24-42370 | |
| **Case Name:** | FOOD FIRST HOUSING DEVELOPMENT | |
| | FUND COMPANY, Inc. | |
| **Taxpayer ID #:** | **-***4463 | |
| **For Period Ending:** | 08/31/2024 | |

| | |
|---|---|
| **Trustee Name:** | David J. Doyaga ▮▮▮▮ |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******1955 Checking |
| **Blanket Bond (per case limit):** | $36,707,056.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/24 | {15} | Food First Housing Development | INCOMING WIRE FROM FOOD FIRST HOUSING DEVELOPMENT FUND 76653 217 | 1222-000 | 7,054.93 | | 7,054.93 |
| 06/19/24 | | To Account #******2136 | transfer of fund | 9999-000 | | 7,054.93 | 0.00 |
| 07/01/24 | | Maltz Auctions Inc. | INCOMING WIRE FROM MALTZ AUCTI ONS INC. 77010354 | 1110-000 | 681,600.00 | | 681,600.00 |
| 07/02/24 | | To Account #******3696 | transfer of funds | 9999-000 | | 681,600.00 | 0.00 |
| 08/08/24 | | To Account #******1955 | transfer of funds | 9999-000 | 12,006.47 | | 12,006.47 |
| 08/08/24 | | To Account #******1955 | transfer of funds | 9999-000 | 5,779.58 | | 17,786.05 |
| 08/08/24 | 101 | Trustee Insurance Agency | insurance for 201 Pulaski Street Brooklyn, NY 11205 | 2690-000 | | ! 17,105.69 | 680.36 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 99.31 | 581.05 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 706,440.98 | 705,859.93 | $581.05 |
| Less: Bank Transfers/CDs | | 17,786.05 | 688,654.93 | |
| **Subtotal** | | 688,654.93 | 17,205.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $688,654.93 | $17,205.00 | |

{ } Asset Reference(s)                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 24-42370 | |
| **Case Name:** | FOOD FIRST HOUSING DEVELOPMENT<br>FUND COMPANY, Inc. | |
| **Taxpayer ID #:** | **-***4463 | |
| **For Period Ending:** | 08/31/2024 | |

| | | |
|---|---|---|
| **Trustee Name:** | David J. Doyaga ▓▓▓▓ |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******2136 Rents |
| **Blanket Bond (per case limit):** | $36,707,056.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | Check or<br>Ref. # | Paid To / Received From | Description of Transaction | Uniform<br>Tran. Code | Deposit<br>$ | Disbursement<br>$ | Account Balance |
| 06/19/24 | | To Account #******2136 | transfer of fund | 9999-000 | 7,054.93 | | 7,054.93 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services<br>Fees | 2600-000 | | 5.00 | 7,049.93 |
| 07/03/24 | | To Account #******3597 | transfer of funds | 9999-000 | | 7,049.93 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **7,054.93** | **7,054.93** | **$0.00** |
| Less: Bank Transfers/CDs | 7,054.93 | 7,049.93 | |
| **Subtotal** | **0.00** | **5.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 24-42370 | | Trustee Name: | | David J. Doyaga ▮▮▮ | |
| Case Name: | FOOD FIRST HOUSING DEVELOPMENT | | Bank Name: | | TriState Capital Bank | |
| | FUND COMPANY, Inc. | | Account #: | | ******2789 709 Lafayette Avenue | |
| Taxpayer ID #: | **-***4463 | | Blanket Bond (per case limit): | | $36,707,056.00 | |
| For Period Ending: | 08/31/2024 | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/24 | {17} | Marsha C. Hunte | july rent apt 4e | 1222-000 | 993.00 | | 993.00 |
| 07/08/24 | {17} | Dorothea Nedwell | july rent apt 2c | 1222-000 | 1,043.56 | | 2,036.56 |
| 07/08/24 | {17} | Brenda Murphy | july rent apt 1c | 1222-000 | 305.03 | | 2,341.59 |
| 07/08/24 | {17} | Deidre Jones | july rent apt 1f | 1222-000 | 507.25 | | 2,848.84 |
| 07/12/24 | {17} | Omaida S. Barnaby | july rent apt 4c | 1222-000 | 1,057.33 | | 3,906.17 |
| 07/12/24 | {17} | ClickPay STL ACH CP STL ACH Food First Housing Dev | ClickPay STL ACH CP STL ACH Food First Housing Dev | 1222-000 | 3,000.00 | | 6,906.17 |
| 07/12/24 | | To Account #******3597 | transfer of funds | 9999-000 | | 2,848.84 | 4,057.33 |
| 07/15/24 | {17} | Zadoc Wong and Hong Wong | june and july rent apt 4B | 1222-000 | 2,663.86 | | 6,721.19 |
| 07/18/24 | | Zadoc and Hong Wong | Returned check | 1222-000 | -2,663.86 | | 4,057.33 |
| 07/19/24 | {17} | Zadoc and Hong Wong | 709 lafayette ave apt 4b | 1222-000 | 2,663.86 | | 6,721.19 |
| 07/29/24 | {17} | Stephanie M. Avila | 709 lafayette ave apt 3c april-june rent | 1222-000 | 3,249.72 | | 9,970.91 |
| 07/31/24 | {17} | Marsha C Hunte | august rent lafayette ave apt 4e | 1222-000 | 992.94 | | 10,963.85 |
| 08/01/24 | {17} | Dorothea C Nedwell | 709 lafayette ave apt 2c aug rent | 1222-000 | 1,043.56 | | 12,007.41 |
| 08/05/24 | {17} | Deidre Jones | aug rent apt 1f 709 laf ave | 1222-000 | 854.71 | | 12,862.12 |
| 08/07/24 | {17} | Mamadou D. Bah | 335 franklin ave apt 2b august rent | 1222-000 | 1,198.39 | | 14,060.51 |
| 08/07/24 | {17} | Dionne Thomas | 709 lafayette ave apt 3d june rent | 1222-000 | 1,363.72 | | 15,424.23 |
| 08/07/24 | {17} | Dionne Thomas | 709 lafayette ave apt 3d july rent | 1222-000 | 1,363.72 | | 16,787.95 |
| 08/07/24 | {17} | Marsha Hunte | correction of deposit | 1222-000 | -0.94 | | 16,787.01 |
| 08/08/24 | {17} | Omaida S. Barnaby | 709 lafayette ave apt 4c aug rent | 1222-000 | 1,057.33 | | 17,844.34 |
| 08/08/24 | {17} | Clickpay | ClickPay STL ACH CP STL ACH Food First Housing Dev | 1222-000 | 2,487.18 | | 20,331.52 |
| 08/08/24 | | To Account #******1955 | transfer of funds | 9999-000 | | 12,006.47 | 8,325.05 |
| 08/12/24 | {17} | Brenda Murphy | 709 laf ave apt 1c aug rent | 1222-000 | 305.03 | | 8,630.08 |
| 08/12/24 | {17} | Zadoc Wong and Hong Wong | 709 laf ave apt 4b aug rent | 1222-000 | 1,387.80 | | 10,017.88 |

|  | | COLUMN TOTALS | | | 24,873.19 | 14,855.31 | $10,017.88 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 0.00 | 14,855.31 | |
| | | Subtotal | | | 24,873.19 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $24,873.19 | $0.00 | |

{ } Asset Reference(s)                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | | | |
|---|---|---|---|
| **Case No.:** | 24-42370 | **Trustee Name:** | David J. Doyaga |
| **Case Name:** | FOOD FIRST HOUSING DEVELOPMENT | **Bank Name:** | TriState Capital Bank |
| | FUND COMPANY, Inc. | **Account #:** | ******2797 201 Pulaski Street |
| **Taxpayer ID #:** | **-***4463 | **Blanket Bond (per case limit):** | $36,707,056.00 |
| **For Period Ending:** | 08/31/2024 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/24 | {17} | ClickPay | ClickPay STL CC  CP STL CC Food First HDFC INC / | 1222-000 | 891.89 | | 891.89 |
| 08/01/24 | {17} | Clickpay | ClickPay STL ACH CP STL ACH Food First HDFC INC / | 1222-000 | 5,455.24 | | 6,347.13 |
| 08/02/24 | {17} | Kathleen P McCumiskey | 327 franklin ave | 1222-000 | 152.19 | | 6,499.32 |
| 08/02/24 | {17} | Clickpay | ClickPay STL ACH CP STL ACH Food First HDFC INC / | 1222-000 | 650.00 | | 7,149.32 |
| 08/09/24 | {17} | Marcy Garcia | 201 pulaski st apt 4b july rent | 1222-000 | 412.07 | | 7,561.39 |
| 08/16/24 | {17} | Clickpay | ClickPay STL CC  CP STL CC Food First HDFC INC / | 1222-000 | 866.89 | | 8,428.28 |
| 08/28/24 | {17} | Marcy Garcia | aug rent 201 pulaski apt 4b | 1222-000 | 400.00 | | 8,828.28 |

|  | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **8,828.28** | **0.00** | **$8,828.28** |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | **8,828.28** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,828.28** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 24-42370 | Trustee Name: | David J. Doyaga |
| Case Name: | FOOD FIRST HOUSING DEVELOPMENT FUND COMPANY, Inc. | Bank Name: | TriState Capital Bank |
| | | Account #: | ******2813 335 Franklin Ave |
| Taxpayer ID #: | **-***4463 | Blanket Bond (per case limit): | $36,707,056.00 |
| For Period Ending: | 08/31/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/24 | {17} | Mamadou D. Bah | july rent apt 2b | 1222-000 | 1,198.39 | | 1,198.39 |
| 07/11/24 | {17} | Yexenia Greaves | 335 franklin ave apt 1a | 1222-000 | 675.00 | | 1,873.39 |
| 07/12/24 | | To Account #******3597 | transfer of funds | 9999-000 | | 1,198.39 | 675.00 |
| 07/15/24 | {17} | Azalee Jones | june rent apt 2a | 1222-000 | 755.50 | | 1,430.50 |
| 07/15/24 | {17} | Azalee Jones | july rent apt 2a | 1222-000 | 755.50 | | 2,186.00 |
| 07/15/24 | {17} | ClickPay STL ACH CP STL ACH Food First Housing Dev | ClickPay STL ACH CP STL ACH Food First Housing Dev | 1222-000 | 2,266.50 | | 4,452.50 |
| 07/15/24 | {17} | Azalee Jones | Deposit Reversal: june rent apt 2a | 1222-000 | -755.50 | | 3,697.00 |
| 07/15/24 | {17} | Azalee Jones | Deposit Reversal: july rent apt 2a | 1222-000 | -755.50 | | 2,941.50 |
| 07/18/24 | {17} | Azalee Jones | 335 franklin ave apt 2a july rent | 1222-000 | 755.50 | | 3,697.00 |
| 07/18/24 | {17} | Azalee Jones | 335 Franklin Ave apt 2a june rent | 1222-000 | 755.50 | | 4,452.50 |
| 07/19/24 | {17} | Jacqueline A. Taylor | 335 franklin ave apt 3b | 1222-000 | 1,327.08 | | 5,779.58 |
| 08/05/24 | {17} | Yexenia Greaves | aug rent 335 franklin apt 1a | 1222-000 | 675.00 | | 6,454.58 |
| 08/08/24 | | To Account #******1955 | transfer of funds | 9999-000 | | 5,779.58 | 675.00 |
| 08/28/24 | {17} | Jacqueline Tayor | Aug rent 335 franklin ave apt 3b | 1222-000 | 977.20 | | 1,652.20 |

|  | COLUMN TOTALS | | 8,630.17 | 6,977.97 | $1,652.20 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | | 0.00 | 6,977.97 | |
| **Subtotal** | | | 8,630.17 | 0.00 | |
|  | Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | | **$8,630.17** | **$0.00** | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 24-42370 | Trustee Name: | David J. Doyaga █████ |
|---|---|---|---|
| Case Name: | FOOD FIRST HOUSING DEVELOPMENT | Bank Name: | TriState Capital Bank |
| | FUND COMPANY, Inc. | Account #: | ******2805 327 Franklin Ave |
| Taxpayer ID #: | **-***4463 | Blanket Bond (per case limit): | $36,707,056.00 |
| For Period Ending: | 08/31/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/24 | {17} | Kathleen P. McCumiskey | july rent apt 2d | 1222-000 | 157.19 | | 157.19 |
| 07/15/24 | {17} | Kathleen P. McCumiskey | july rent apt 2d | 1222-000 | 1,000.00 | | 1,157.19 |
| 07/15/24 | {17} | Gladys Kyei Baafuor | june rent apt 4c | 1222-000 | 849.56 | | 2,006.75 |
| 07/15/24 | {17} | Adriene Fogle | july rent apt 2a | 1222-000 | 951.00 | | 2,957.75 |
| 07/15/24 | {17} | Lucresse Royer | july rent apt 3c | 1222-000 | 21.33 | | 2,979.08 |
| 07/15/24 | {17} | Lucresse Royer | july rent apt 3c | 1222-000 | 874.70 | | 3,853.78 |
| 07/15/24 | {17} | Food First Housing Development | july rents for 327 franklin ave | 1222-000 | 3,987.78 | | 7,841.56 |
| 07/15/24 | {17} | Lucresse Royer | Deposit Reversal: july rent apt 3c | 1222-000 | -874.70 | | 6,966.86 |
| 07/15/24 | {17} | Lucresse Royer | Deposit Reversal: july rent apt 3c | 1222-000 | -21.33 | | 6,945.53 |
| 07/16/24 | | Food First Housing Development | incorrect check issuance/receipt - check #162 | 2690-000 | | 3,987.78 | 2,957.75 |
| 07/18/24 | {17} | Clickpay | ClickPay STL CC  CP STL CC  Food First HDFC INC / | 1222-000 | 476.00 | | 3,433.75 |
| 07/18/24 | | Food First Housing Development | Credit adjustment for incorrect check issuance Ref No. 29 | 2690-000 | | -3,987.78 | 7,421.53 |
| 07/18/24 | | To Account #******5113 | transfer of funds | 9999-000 | | 2,957.75 | 4,463.78 |
| 07/18/24 | | Food First Housing Development | Return of deposit 10007 due to incorrect check issuance | 1222-000 | -3,987.78 | | 476.00 |
| 07/19/24 | {17} | Food First Housing Development | INCOMING WIRE FROM FOOD FIRST HOUSING DEVELOPMENT FUND 77537 398 | 1222-000 | 3,987.78 | | 4,463.78 |
| 07/19/24 | | To Account #******5113 | transfer of funds | 9999-000 | | 476.00 | 3,987.78 |
| 07/22/24 | | To Account #******5113 | transfer of funds | 9999-000 | | 3,987.78 | 0.00 |

| | | | COLUMN TOTALS | | 7,421.53 | 7,421.53 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 7,421.53 | |
| | | | Subtotal | | 7,421.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,421.53 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 24-42370 | Trustee Name: | David J. Doyaga ▇▇▇ |
|---|---|---|---|
| Case Name: | FOOD FIRST HOUSING DEVELOPMENT | Bank Name: | TriState Capital Bank |
| | FUND COMPANY, Inc. | Account #: | ******3597 Turnover rents by Debtor's principal |
| Taxpayer ID #: | **-***4463 | Blanket Bond (per case limit): | $36,707,056.00 |
| For Period Ending: | 08/31/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/01/24 | {16} | Food First Housing Development | turnover of rents by Debtor's principal | 1222-000 | 11,500.00 | | 11,500.00 |
| 07/03/24 | | To Account #******3597 | transfer of funds | 9999-000 | 7,049.93 | | 18,549.93 |
| 07/11/24 | 60001 | International Sureties, LTD. | Bond # 016243591 | 2300-000 | | 200.00 | 18,349.93 |
| 07/12/24 | | To Account #******3597 | transfer of funds | 9999-000 | 1,198.39 | | 19,548.32 |
| 07/12/24 | | To Account #******3597 | transfer of funds | 9999-000 | 2,848.84 | | 22,397.16 |
| 07/12/24 | 60002 | MYC & Associates, Inc. | Invoice 24.029. June and July porters and 3 lock changes for 327 Franklin Avenue and Insurance for Pulaski St. | 2690-000 | | 19,198.14 | 3,199.02 |
| 07/19/24 | {17} | Food FIrst Housing Development | turnover of debtor's bank balance | 1222-000 | 12,000.00 | | 15,199.02 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 83.00 | 15,116.02 |
| 08/29/24 | 60003 | International Sureties, LTD. | Bond # 016243591 | 2300-000 | | 8,105.00 | 7,011.02 |

|  | | COLUMN TOTALS | | | 34,597.16 | 27,586.14 | $7,011.02 |
|  | | Less: Bank Transfers/CDs | | | 11,097.16 | 0.00 | |
|  | | **Subtotal** | | | **23,500.00** | **27,586.14** | |
|  | | Less: Payments to Debtors | | | | 0.00 | |
|  | | **NET Receipts / Disbursements** | | | **$23,500.00** | **$27,586.14** | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 24-42370 |
| **Case Name:** | FOOD FIRST HOUSING DEVELOPMENT FUND COMPANY, Inc. |
| **Taxpayer ID #:** | **-***4463 |
| **For Period Ending:** | 08/31/2024 |

| | |
|---|---|
| **Trustee Name:** | David J. Doyaga ████ |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******3696 Down payment |
| **Blanket Bond (per case limit):** | $36,707,056.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/02/24 | | To Account #******3696 | transfer of funds | 9999-000 | 681,600.00 | | 681,600.00 |
| | | **COLUMN TOTALS** | | | **681,600.00** | **0.00** | **$681,600.00** |
| | | Less: Bank Transfers/CDs | | | 681,600.00 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| | |
|---|---|
| **Case No.:** | 24-42370 |
| **Case Name:** | FOOD FIRST HOUSING DEVELOPMENT FUND COMPANY, Inc. |
| **Taxpayer ID #:** | **-***4463 |
| **For Period Ending:** | 08/31/2024 |

| | |
|---|---|
| **Trustee Name:** | David J. Doyaga |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******5113 327 Franklin Avenue |
| **Blanket Bond (per case limit):** | $36,707,056.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/18/24 | | To Account #******5113 | transfer of funds | 9999-000 | 2,957.75 | | 2,957.75 |
| 07/19/24 | | To Account #******5113 | transfer of funds | 9999-000 | 476.00 | | 3,433.75 |
| 07/22/24 | | To Account #******5113 | transfer of funds | 9999-000 | 3,987.78 | | 7,421.53 |
| 07/26/24 | {17} | Clickpay | ClickPay STL ACH CP STL ACH Food First HDFC INC / | 1222-000 | 994.48 | | 8,416.01 |
| 08/02/24 | {17} | Jacqueline A. Taylor | 335 Franklin Avenue Apt 3B July rent | 1222-000 | 1,327.08 | | 9,743.09 |
| 08/02/24 | {17} | Lucresse Royer | 327 franklin ave apt 3c august rent | 1222-000 | 874.70 | | 10,617.79 |
| 08/02/24 | {17} | Lucresse Royer | 327 franklin ave apt 3c august rent | 1222-000 | 21.33 | | 10,639.12 |
| 08/02/24 | {17} | Kathleen P McCumiskey | 327 franklin ave | 1222-000 | 1,000.00 | | 11,639.12 |
| 08/06/24 | {17} | Clickpay | ClickPay STL CC  CP STL CC Food First HDFC INC / | 1222-000 | 350.00 | | 11,989.12 |
| 08/06/24 | {17} | Clickpay | ClickPay STL ACH CP STL ACH Food First HDFC INC / | 1222-000 | 837.27 | | 12,826.39 |
| 08/07/24 | {17} | Adriene Fogle | 327 franklin ave apt 2a august rent | 1222-000 | 951.00 | | 13,777.39 |
| 08/07/24 | {17} | Lucresse Royer | returned check # 224 | 1222-000 | -21.33 | | 13,756.06 |
| 08/07/24 | {17} | Lucresse Royer | returned check # 223 | 1222-000 | -874.70 | | 12,881.36 |
| 08/08/24 | {17} | Lucresse Royer | 327 franklin ave apt 3c august rent | 1222-000 | 874.70 | | 13,756.06 |
| 08/08/24 | {17} | Lucresse Royer | 327 franklin ave apt 3c august rent | 1222-000 | 21.33 | | 13,777.39 |
| 08/08/24 | {17} | Gladys Kyei-Baafuor | 327 franklin ave apt 4c july rent | 1222-000 | 849.56 | | 14,626.95 |
| 08/19/24 | {17} | Maureen Jules | 327 franklin ave apt 4b may rent | 1222-000 | 1,022.82 | | 15,649.77 |
| 08/19/24 | {17} | Maureen Jules | 327 franklin ave apt 4b june rent | 1222-000 | 1,022.82 | | 16,672.59 |
| 08/21/24 | {17} | Clickpay | ClickPay STL CC  CP STL CC Food First HDFC INC / | 1222-000 | 560.00 | | 17,232.59 |
| 08/22/24 | {17} | Clickpay | ClickPay STL CC  CP STL CC Food First HDFC INC / | 1222-000 | 300.00 | | 17,532.59 |
| 08/27/24 | {17} | Clickpay | ClickPay STL ACH CP STL ACH Food First HDFC INC / | 1222-000 | 960.00 | | 18,492.59 |
| 08/29/24 | {17} | Clickpay | ClickPay STL CC  CP STL CC Food First HDFC INC / | 1222-000 | 300.00 | | 18,792.59 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **18,792.59** | **0.00** | **$18,792.59** |
| Less: Bank Transfers/CDs | | 7,421.53 | 0.00 |
| **Subtotal** | | **11,371.06** | **0.00** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$11,371.06** | **$0.00** |

{ } Asset Reference(s)                                                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 24-42370 |
| **Case Name:** | FOOD FIRST HOUSING DEVELOPMENT FUND COMPANY, Inc. |
| **Taxpayer ID #:** | **-***4463 |
| **For Period Ending:** | 08/31/2024 |

| | |
|---|---|
| **Trustee Name:** | David J. Doyaga |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******5113 327 Franklin Avenue |
| **Blanket Bond (per case limit):** | $36,707,056.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1955 Checking | $688,654.93 | $17,205.00 | $581.05 |
| ******2136 Rents | $0.00 | $5.00 | $0.00 |
| ******2789 709 Lafayette Avenue | $24,873.19 | $0.00 | $10,017.88 |
| ******2797 201 Pulaski Street | $8,828.28 | $0.00 | $8,828.28 |
| ******2813 335 Franklin Ave | $8,630.17 | $0.00 | $1,652.20 |
| ******2805 327 Franklin Ave | $7,421.53 | $0.00 | $0.00 |
| ******3597 Turnover rents by Debtor's principal | $23,500.00 | $27,586.14 | $7,011.02 |
| ******3696 Down payment | $0.00 | $0.00 | $681,600.00 |
| ******5113 327 Franklin Avenue | $11,371.06 | $0.00 | $18,792.59 |
| | **$773,279.16** | **$44,796.14** | **$728,483.02** |

**MONTHLY OPERATING REPORT - POST PETITION**

**ATTACHMENT NO. 3**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**

| Bank Account Information | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| Name of Bank: | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | TriState Capital Bank | |
| Account Number: | 1955 | 2136 | 2789 | 2797 | 2813 | 2805 | 3597 | 3696 | 5113 | |
| Purpose of Account (Operating/Payroll/Tax) | | Rents | 709 Lafayette Ave | 201 Pulaski St | 335 Franklin Ave | 327 Franklin Ave | Turnover Rents | Down Payment | 327 Franklin Ave | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | |
| 1. **Balance per Bank Statement** | $17,686.74 | $0.00 | $10,017.88 | $8,828.28 | $1,652.20 | $0.00 | $15,116.02 | $681,600.00 | $18,792.59 | **$753,693.71** |
| 2. **ADD:** Deposits not credited | | | | | | | | | | **$0.00** |
| 3. **SUBTRACT:** Outstanding Checks | -$17,105.69 | | | | | | -$8,105.00 | | | **($25,210.69)** |
| 4. Other Reconciling Items | | | | | | | | | | **$0.00** |
| 5. **Month End Balance** (Must Agree with Books) | $581.05 | $0.00 | $10,017.88 | $8,828.28 | $1,652.20 | $0.00 | $7,011.02 | $681,600.00 | $18,792.59 | **$728,483.02** |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
FDIC

Period Covered:
*August 01, 2024 - August 31, 2024*
Page 1 of 5

Mr. David J. Doyaga
26 Court Street Suite 1803
Brooklyn NY 11242

Case Number — 1-24-42370

Case Name — FOOD FIRST HOUSING DEVELOPMENT FUND COMP DEBTOR

Trustee Number — ▮▮▮▮

Trustee Name — Mr. David J. Doyaga TRUSTEE

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 1955 | $0.00 | $17,686.74 |
| TRUSTEE CHECKING | 2136 | $0.00 | $0.00 |
| TRUSTEE CHECKING | 2789 | $9,970.91 | $10,017.88 |
| TRUSTEE CHECKING | 2797 | $891.89 | $8,828.28 |
| TRUSTEE CHECKING | 2813 | $5,779.58 | $1,652.20 |
| TRUSTEE CHECKING | 3597 | $15,116.02 | $15,116.02 |
| TRUSTEE CHECKING | 3696 | $681,600.00 | $681,600.00 |
| TRUSTEE CHECKING | 5113 | $8,416.01 | $18,792.59 |
| **Total** | | **$721,774.41** | **$753,693.71** |

## TRUSTEE CHECKING                                    Account Number: ▮▮▮▮1955

| Enclosures | 0 | **Beginning Balance** | **$0.00** |
|---|---|---|---|
| | | + Total Additions | $17,786.05 |
| | | - Total Subtractions | $99.31 |
| | | **Ending Balance** | **$17,686.74** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-30 | BANK & TECH FEE | $99.31 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 08-08 | TRN FROM 2789 TO 1955 | $12,006.47 |
| 08-08 | TRN FROM 2813 TO 1955 | $5,779.58 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | $0.00 | 08-08 | $17,786.05 | 08-30 | $17,686.74 |

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219

**Member FDIC**

Period Covered:
August 01, 2024 - August 31, 2024
Page 2 of 5

## TRUSTEE CHECKING

Account Number: ⬛⬛⬛⬛2136

| Enclosures | 0 | Beginning Balance | $0.00 |
|---|---|---|---|
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | $0.00 | | | | |

## TRUSTEE CHECKING

Account Number: ⬛⬛⬛2789

| Enclosures | 0 | Beginning Balance | $9,970.91 |
|---|---|---|---|
| | | + Total Additions | $12,053.44 |
| | | - Total Subtractions | $12,006.47 |
| | | **Ending Balance** | **$10,017.88** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-08 | TRN FROM 2789 TO 1955 | $12,006.47 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 08-02 | CUSTOMER DEPOSIT | $992.00 |
| 08-02 | CUSTOMER DEPOSIT | $1,043.56 |
| 08-08 | CUSTOMER DEPOSIT | $854.71 |
| 08-08 | CUSTOMER DEPOSIT | $1,198.39 |
| 08-08 | CUSTOMER DEPOSIT | $1,363.72 |
| 08-08 | CUSTOMER DEPOSIT | $1,363.72 |
| 08-08 | ClickPay STL ACH CP STL ACH Food First Housing Dev | $2,487.18 |
| 08-09 | CUSTOMER DEPOSIT | $1,057.33 |
| 08-14 | CUSTOMER DEPOSIT | $305.03 |
| 08-14 | CUSTOMER DEPOSIT | $1,387.80 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | $9,970.91 | 08-02 | $12,006.47 | 08-08 | $7,267.72 |
| 08-09 | $8,325.05 | 08-14 | $10,017.88 | | |

## TRUSTEE CHECKING

Account Number: ⬛⬛2797

| Enclosures | 0 | Beginning Balance | $891.89 |
|---|---|---|---|
| | | + Total Additions | $7,936.39 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$8,828.28** |

**TriState** CAPITAL

TriState Capital Bank
301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
August 01, 2024 – August 31, 2024
Page 3 of 5

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 08-01 | ClickPay STL ACH CP STL ACH Food First HDFC INC / | $5,455.24 |
| 08-02 | ClickPay STL ACH CP STL ACH Food First HDFC INC / | $650.00 |
| 08-05 | CUSTOMER DEPOSIT | $152.19 |
| 08-13 | CUSTOMER DEPOSIT | $412.07 |
| 08-16 | ClickPay STL CC CP STL CC Food First HDFC INC / | $866.89 |
| 08-29 | CUSTOMER DEPOSIT | $400.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | $891.89 | 08-01 | $6,347.13 | 08-02 | $6,997.13 |
| 08-05 | $7,149.32 | 08-13 | $7,561.39 | 08-16 | $8,428.28 |
| 08-29 | $8,828.28 | | | | |

## TRUSTEE CHECKING                                    Account Number: ████2813

| Enclosures | 0 | Beginning Balance | $5,779.58 |
|------------|---|-------------------|-----------|
| | | + Total Additions | $1,652.20 |
| | | - Total Subtractions | $5,779.58 |
| | | **Ending Balance** | **$1,652.20** |

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 08-08 | TRN FROM 2813 TO 1955 | $5,779.58 |

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| 08-08 | CUSTOMER DEPOSIT | $675.00 |
| 08-29 | CUSTOMER DEPOSIT | $977.20 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | $5,779.58 | 08-08 | $675.00 | 08-29 | $1,652.20 |

## TRUSTEE CHECKING                                    Account Number: ████3597

| Enclosures | 0 | Beginning Balance | $15,116.02 |
|------------|---|-------------------|-----------|
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$15,116.02** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | $15,116.02 | | | | |

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
August 01, 2024 - August 31, 2024
Page 4 of 5

## TRUSTEE CHECKING

**Account Number:** ███3696

| | | | | |
|---|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | | **$681,600.00** |
| | | + Total Additions | | $0.00 |
| | | - Total Subtractions | | $0.00 |
| | | **Ending Balance** | | **$681,600.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | $681,600.00 | | | | |

## TRUSTEE CHECKING

**Account Number:** ███5113

| | | | | |
|---|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | | **$8,416.01** |
| | | + Total Additions | | $11,272.61 |
| | | - Total Subtractions | | $896.03 |
| | | **Ending Balance** | | **$18,792.59** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-07 | CHARGEBACK ITEM | $21.33 |
| 08-07 | CHARGEBACK ITEM | $874.70 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 08-05 | CUSTOMER DEPOSIT | $21.33 |
| 08-05 | CUSTOMER DEPOSIT | $874.70 |
| 08-05 | CUSTOMER DEPOSIT | $1,000.00 |
| 08-05 | CUSTOMER DEPOSIT | $1,327.08 |
| 08-06 | ClickPay STL CC CP STL CC Food First HDFC INC / | $350.00 |
| 08-06 | ClickPay STL ACH CP STL ACH Food First HDFC INC / | $837.27 |
| 08-08 | CUSTOMER DEPOSIT | $951.00 |
| 08-09 | CUSTOMER DEPOSIT | $21.33 |
| 08-09 | CUSTOMER DEPOSIT | $849.56 |
| 08-09 | CUSTOMER DEPOSIT | $874.70 |
| 08-20 | CUSTOMER DEPOSIT | $1,022.82 |
| 08-20 | CUSTOMER DEPOSIT | $1,022.82 |
| 08-21 | ClickPay STL CC CP STL CC Food First HDFC INC / | $560.00 |
| 08-22 | ClickPay STL CC CP STL CC Food First HDFC INC / | $300.00 |
| 08-27 | ClickPay STL ACH CP STL ACH Food First HDFC INC / | $960.00 |
| 08-29 | ClickPay STL CC CP STL CC Food First HDFC INC / | $300.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | $8,416.01 | 08-05 | $11,639.12 | 08-06 | $12,826.39 |
| 08-07 | $11,930.36 | 08-08 | $12,881.36 | 08-09 | $14,626.95 |
| 08-20 | $16,672.59 | 08-21 | $17,232.59 | 08-22 | $17,532.59 |
| 08-27 | $18,492.59 | 08-29 | $18,792.59 | | |

MONTHLY OPERATING REPORT -
POST PETITION

ATTACHMENT NO. 4

## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 1955 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 101 | 8/8/2024 | Trustee Insurance Agency | Insurance for 201 Pulaski Street | $17,105.69 |
| N/A | 8/30/2024 | TriState Capital Bank | Bank and Technology Fees | $99.31 |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | **$17,205.00** |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 2136 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | **$0.00** |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 2789 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 8/8/2024 | transfer to 1955 | transfer between trustee accounts | $12,006.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | $12,006.47 |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 2797 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | $0.00 |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 2805 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |

**MONTHLY OPERATING REPORT -
POST PETITION**

**ATTACHMENT NO. 4**

| Type of Account (e.g., Checking) | Trustee Checking | |
|---|---|---|

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | $0.00 |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 2813 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 8/8/2024 | transfer to 1955 | Transfer between Trustee's accounts | $5,779.58 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | $5,779.58 |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 3597 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 60003 | 8/29/2024 | International Sureties | Bond #016243591 | $8,105.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Account Total** | | | | $8,105.00 |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 3696 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Name of Bank | TriState Capital Bank | |
|---|---|---|
| Account Number | 5113 | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | Trustee Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **TOTAL DISBURSEMENTS - ALL ACCOUNTS** | | | | **$43,096.05** |
|---|---|---|---|---|